IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SHAWN BROOKS,

    Plaintiff,

v.                                          Case No. 22-CV-1233

SGT. KYLE KELLER,

    Defendant.

## NOTICE OF SUBSTITUTION

    PLEASE TAKE NOTICE that the Defendant substitutes as his attorneys of record in this action Assistant Attorney General Kevin L. Grzebielski in place of Michael A. Emer. Defendant requests service of all discovery and correspondence be made upon Assistant Attorney General Grzebielski as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the court's CM/ECF system.

    Dated: November 8, 2023

                                                Respectfully submitted,

                                                JOSHUA L. KAUL
                                               Attorney General of Wisconsin

                                               s/Kevin L. Grzebielski
                                             KEVIN L. GRZEBIELSKI
                                             Assistant Attorney General
                                             State Bar #1098414

                                             Attorneys for Defendant Keller

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-7234
(608) 294-2907 (Fax)
grzebielskikl@doj.state.wi.us